# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| VS. ) | Case Number: CR-20-00105-001-JD |
| ) | USM Number: 33121-064 |
| **CHRISTA LYNN GLASS,** ) | |
| **Defendant** ) | **Marna S. Franklin** |
| ) | Defendant's Attorney |
| Date of Original Judgment: 3/1/2021 ) | |
| Date of Previous Amended Judgment: ) | |
| *(Use Date of Last Amended Judgment if any)* ) | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DISMISSED

☐ DENIED

☐ GRANTED   and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ is reduced to _____

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   March 1, 2021   shall remain in effect.

May 7, 2024
Order Date

/s/ Jodi W. Dishman
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

**Effective Date:** _____
*(if different from order date)*

SR-03-2017